Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY LINDA HAAS | Case No. 3:06-cr-_____<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR APPOINTMENT OF COUNSEL** |
|---|---|

Linda Haas asks this court for an order appointing counsel in connection with a letter received from Assistant U.S. Attorney Retta Rae Randall indicating that the government plans to charge her with Wire Fraud, in violation of Title 18 U.S.C. § 1344. Ms. Haas contacted this office and asked for representation in this matter. An order appointing counsel is necessary for this office to assist Ms. Haas officially.

The government does not oppose this request, nor the request for shortened time.

This request is submitted pursuant to § 1.03 of the District of Alaska Plan for Implementing the Criminal Justice Act of 1964, as amended September 2003, and 18 U.S.C. § 3006A, and is based upon the affidavit of Sue Ellen Tatter, filed herewith.

Dated at Anchorage, Alaska, this 12th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
sue_ellen_tatter@fd.org

Certification:

I certify that on April 12, 2006, a copy of the foregoing document, with attachments, was hand delivered to:

Retta-Rae Randall, Esq.

/s/ Sue Ellen Tatter