UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY LINDA HAAS | Case No. 3:06-cr-_____<br><br>**ORDER APPOINTING COUNSEL** |
|---|---|

It is hereby ordered that the Federal Defender for the District of Alaska is authorized to represent Linda Haas in connection with potential felony charges.

Done at Anchorage, Alaska, this _____ day of _____, 2006.

_____
U.S. District Court Judge/Magistrate Judge