UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY LINDA HAAS | 3:06-mc-009 JWS <br><br> **ORDER APPOINTING COUNSEL** |
|---|---|

It is hereby ordered that the Federal Defender for the District of Alaska is authorized to represent Linda Haas in connection with potential felony charges **provided** that Ms. Hass shall complete a financial affidavit which shall be filed within ten days from the date of this order.

Done at Anchorage, Alaska, this 13th day of April, 2006.

/S/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE