Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA A. HAAS,<br><br>        Defendant. | NO. 3:06-mc-0009-JWS<br><br>**NOTICE OF FILING** |

       The amicus files the financial affidavit of the defendant Linda Haas herewith, as ordered by the court (attached as Exhibit A).  This filing is late, but late filing is unopposed by the Assistant U.S. Attorney Retta-Rae Randall.  The filing is late because the original affidavit was lost in the mail and had to be replaced.

       DATED this 31st day of May 2006.

                              Respectfully submitted,

                              s/Sue Ellen Tatter
                              Assistant Federal Defender
                              550 West 7th Avenue, Suite 1600
                              Anchorage, AK 99501
                              Phone:      907-646-3400
                              Fax:        907-646-3480
                              E-Mail:     sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on May 31, 2006,
a copy of the **_Notice of Filing_**
was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter            </u>