_____ V.S. _____ | AT _____

**PERSON REPRESENTED** (Show your full name)
Linda Ardell Haas

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate
District Court ◄
Court of Appeals

**CHARGE OFFENSE** (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment: 3/03
How much did you earn per month? $ Don't remember

If married is your Spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $152.00/mo since 11/05
SOURCES: Food Benefits from DSHS

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 92,000
DESCRIPTION: [illegible] judging from Anchorage [illegible] but not available to me

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
_X_ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ____
Creditors: Info regarding debts is lost but I know I owe at least 10,000 to credit cards but haven't been able to make any payments for 2 years
Total Debt: ____
Monthly Paymt: ____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) [signature/date]
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► Linda A Haas

Exhibit A - Page 1 of 1